Donald Ray BEASLEY, Appellant,

v.

The STATE of Texas, Appellee.

No. 43870.

Court of Criminal Appeals of Texas.

June 23, 1971.

Rehearing Denied Sept. 16, 1971.

Ralph Taite, Dallas, (on appeal only by appointment), for appellant.

Henry Wade, Dist. Atty., John B. Tolle, Harry J. Schulz, Jr., W. T. Westmoreland, Jr., and Edgar A. Mason, Asst. Dist. Attys., Dallas, and Jim D. Vollers, State's Atty., Austin, for the State.

## OPINION

ROBERTS, Judge.

This is an appeal from a conviction for assault with intent to commit murder with malice; trial was before the court on a plea of guilty and punishment was assessed at 15 years.

By agreement of all parties, this was heard in connection with Beasley v. State, 470 S.W.2d 192 and Beasley v. State, 470 S.W.2d 194.

For the reasons stated in Beasley v. State, supra, the judgment is affirmed.